IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01682-RPM-CBS

ROXANNE MOFFITT PIGNANELLI,

        Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,
DR. JOYCE F. BALES, individually and in
her capacity as Superintendent of Pueblo School
District No.60, and KATHLEEN KENNEDY,
individually and in her capacity as President of
Pueblo School District No. 60's Board of Education,

        Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
AMEND SCHEDULING ORDER TO ALLOW THE TAKING OF UP TO FIVE
ADDITIONAL DEPOSITIONS**

---

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Plaintiff's Unopposed Motion To Amend Scheduling Order To Allow The Taking Of Up to Five Additional Depositions, and having reviewed the file and being fully advised in the premises, the Court hereby

**GRANTS** the Plaintiff's Motion To Amend Scheduling Order To Allow the Taking of Up to Fifteen Depositions.

**DATED** this 21st day of July, 2006.


....................                    BY THE COURT:

....................                    s/Richard P. Matsch

....................            ....................            ....................
....................            _____
....................            Richard P. Matsch
....................            Senior District Court Judge