IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01682-RPM-CBS

ROXANNE MOFFITT PIGNANELLI,

        Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,
DR. JOYCE F. BALES, individually and in
her capacity as Superintendent of Pueblo School
District No.60, and KATHLEEN KENNEDY,
individually and in her capacity as President of
Pueblo School District No. 60's Board of Education,

        Defendants.

**ORDER GRANTING STIPULATED AND JOINT MOTION TO AMEND SCHEDULING ORDER AND EXTEND DISCOVERY CUTOFF DEADLINE TO ALLOW THE TAKING OF A SINGLE DEPOSITION**

        **THIS MATTER**, having come before the Court, the Court having received and reviewed the parties' Stipulated And Joint Motion To Amend Scheduling Order And Extend Discovery Cutoff Deadline To Allow The Taking Of A Single Deposition, and having reviewed the file and being fully advised in the premises, the Court hereby

        **GRANTS** the parties' Stipulated And Joint Motion To Amend Scheduling Order And Extend Discovery Cutoff Deadline to September 26, 2006 to allow the taking of a single deposition.

        DATED this 22nd day of September, 2006.

        BY THE COURT:

        s/Richard P. Matsch
        Richard P. Matsch, Senior District Judge