IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01682-RPM

ROXANNE MOFFITT PIGNANELLI,

        Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,
DR. JOYCE F. BALES, individually and in her capacity as
Superintendent of Pueblo School District No. 60, and
KATHLEEN KENNEDY, individually and in her capacity as
President of Pueblo School District No. 60's Board of Education,

        Defendants.

---

ORDER FOR SUMMARY JUDGMENT

---

        Pursuant to the hearing held on May 18, 2007, and the Court's oral statement of undisputed facts and considering all inferences favorably to the plaintiff, the Court finds and concludes that the plaintiff has failed to show evidentiary support for any of her claims and it is therefore

        ORDERED that the defendants' Motion for Summary Judgment filed October 6, 2006, is granted and judgment shall enter for the defendants, dismissing all of the plaintiff's claims and this civil action together with an award of costs to the defendants.

        DATED: May 21st, 2007

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior District Judge