IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01682-RPM

ROXANNE MOFFITT PIGNANELLI,

        Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,
DR. JOYCE F. BALES, individually and in her capacity as
Superintendent of Pueblo School District No. 60, and
KATHLEEN KENNEDY, individually and in her capacity as
President of Pueblo School District No. 60's Board of Education,

        Defendants.

---

ORDER DEFERRING RULING ON MOTION FOR ATTORNEYS' FEES

---

On May 21, 2007, this Court entered an order granting defendant's motion for summary judgment and dismissing this civil action.  On June 4, 2007, the defendants filed a motion for award of attorneys' fees pursuant to 42 U.S.C. § 1988.  On June 15, 2007, plaintiff filed a notice of appeal to the Tenth Circuit Court of Appeals and on June 22, 2007, the plaintiff filed a response in opposition to the motion for award of fees with the defendants filing a reply on July 9, 2007.  Because the merits of this case are now on appeal, the outcome of which will be relevant to the award of fees, it is

ORDERED that ruling on the defendants' motion for award of attorneys' fees will be deferred until resolution of the appeal.

DATED: July 20th, 2007

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge