IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01682-RPM

ROXANNE MOFFITT PIGNANELLI,

        Plaintiff,

v.

PUEBLO SCHOOL DISTRICT NO. 60,
DR. JOYCE F. BALES, individually and in her capacity as
Superintendent of Pueblo School District No. 60, and
KATHLEEN KENNEDY, individually and in her capacity as
President of Pueblo School District No. 60's Board of Education,

        Defendants.

---

ORDER DENYING MOTIONS FOR RECONSIDERATION

---

On October 23, 2008, the plaintiff filed a Motion for Reconsideration of Order for Award of Attorney Fees by counsel. After James A. Carleo, plaintiff's attorney, filed a motion to withdraw on October 24, 2008, the plaintiff filed a *pro se* motion to reconsider that order on October 28, 2008. The *pro se* motion argues that the fee award should not be against the plaintiff but rather her attorney James A. Carleo. The fee award was made pursuant to 42 U.S.C. § 1988 which provides for an award in favor of the prevailing party and against the opposing party. In this case, the fee award was reduced from the fees paid by the prevailing party because this Court determined that this action was not wholly frivolous or groundless. The apparent dispute between the plaintiff and her attorney are matters that can be addressed in another forum and not in this court. It is

ORDERED that the motions for consideration of the Order for Award of Attorney Fees, entered October 9, 2008, are denied.

DATED: November 19th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge